IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                                                          CASE NO 19-04236

JOSE MANUEL COLON SOTO                                                       CHAPTER 13

    DEBTOR
_____/

## AMENDMENT TO SCHEDULES

**NOW COMES DEBTOR**, by and through the undersigned counsel and very respectfully alleges and prays as follows:

1. **SCHEDULE A/B: TO CORRECT LIST OF PROPERTIES AND THEIR RESPECTIVE VALUES.**
2. **SCHEDULE C: TO CORRECT EXEMPTIONS.**

**WHEREFORE**, the Debtor's respectfully request from this Honorable Court to take notice of the above mentioned and to Order any other remedy it deems appropriate.

**CERTIFICATE OF SERVICE**, I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants and the Chapter 13 Trustee.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico this 18th day of November 2019.

**The Batista Law Group, PSC**
Jesus E. Batista Sanchez, Esq.
Attorney for Debtors
PO BOX 191059
SAN JUAN, P.R. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: jeb@batistasanchez.com
**/s/ Jesus E. Batista Sánchez, Esq.**
USDC-PR No. 227014