IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: CASE # 19-04236-BKT13

José M. Colon Soto CHAPTER 13

Debtor(s)

RECEIVED AND FILED - MAIL

----------------------------------------------/

USBC '19 DEC 20 PM 1:05

REPLY TO OBJECTION TO DOCKET #24

TO THE HONORABLE COURT:

NOW COME(S) the above named Creditor(s), Zahira J. Colon Soto very respectfully allege(s), state(s), and pray(s) as follows:

1. That Chapter 13 Trustee filed an objection to proof of claim #3 filed by Zahira J. Colon Soto, as a secured claim.

2. The debtor, Jose M. Colon Soto, objected the proof of claim #3. This proposes a different amount of the debt to that established by the court of first instance area of Arecibo, P.R. in the case **CCD2012-0113**.

3. Per the Sentence of 2012, signed by Superior Judge Karla S. Mellado Delgado, the amount owed by the debtor, Jose M. Colon Soto will continue to increase daily per the interest rate assigned by Court. Per the Court Order of 2019, signed by Superior Judge Anelis Hernandez Rivera, the debtor is required to repay all additional costs and fees incurred since 2012, for the execution of sentence and auction.

4. I attached to this document evidence of the Court of First Instance area of Arecibo, P.R. in the case **CCD2012-0113** that supports the amount stated in the proof claim. These documents are:

a) Auction Notice
b) Order
c) Summary Sentence
d) Commandment
e) Certification of Registration

**WHEREFORE,** the creditor respectfully requests that this Honorable Court deny debtor's objection to claim #3 filed by Zahira J. Colon Soto and allowed same claim quantity of $42,419.96.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court I will send notification of such filing to Jose M. Colon Soto to P.O Box 16589 Arecibo P.R. 00612. Jesus Enrique Batista Sanchez, The Batista Law Group, PSC. P.O. Box 191059 San Juan PR 00919.

In San Juan, Puerto Rico, this December 16, 2019.

**Zahira J. Colon Soto.**
**1815 Hunterbrook Road**
**Yorktown Heights, N.Y. 10598**
**(914) 384-9408**

**By: *<u>/Zahira J. Colon Soto</u>***

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

COLON SOTO, ZAHIRA J.
DEMANDANTE
VS.
COLON SOTO, JOSE M.
DEMANDADO

CASO NUM: C CD2012-0113
SALON: 0302

COBRO DE DINERO
COBRO DE DINERO
CAUSAL/DELITO

COLON SOTO, ZAHIRA J.
2969 SOUTH DEERFIELD AVENUE
YORKTOWN HEIGHTS NY 10598

N O T I F I C A C I O N

CERTIFICO QUE EN RELACION CON CASO DE EPIGRAFE ------------------ EL DIA 17 DE AGOSTO DE 2012 EL TRIBUNAL DICTO LA ORDEN ----------------- QUE SE TRANSCRIBE A CONTINUACION:

"VEASE SENTENCIA".

FDO. KARLA S. MELLADO DELGADO
JUEZ

CERTIFICO ADEMAS QUE EN EL DIA DE HOY ENVIE POR CORREO COPIA DE ESTA NOTIFICACION A LAS SIGUIENTES PERSONAS A SUS DIRECCIONES INDICADAS, HABIENDO EN ESTA MISMA FECHA ARCHIVADO EN LOS AUTOS COPIA DE ESTA NOTIFICACION.

COLON SOTO, JOSE M.
PO BOX 16589
ARECIBO PR 00612

COLON SOTO, JOSE M.
SECTOR LOS COLONES
BO. DOMINGUITO
ARECIBO PR 00612



CASO NUM:C CD2012-0113
SALON:0302

RIVERA ROMAN, YADIRA
BO. PUENTE
CARRETERA 119 KM 5.7
CAMUY PR 00627

ARECIBO, PUERTO RICO, A 22 DE AGOSTO DE 2012

MARILUZ DIAZ RODRIGUEZ
SECRETARIO
POR: JACQUELYNE GONZALEZ QUINTANA
SECRETARIO AUXILIAR

O.A.T.750-NOTIFICACION DE RESOLUCIONES Y ORDENES
www.ramajudicial.pr/TeleTribunales(787)759-1888/Isla 1-877-759-1888 Libre de Costo



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

COLON SOTO, ZAHIRA J.
DEMANDANTE
VS.
COLON SOTO, JOSE M.
DEMANDADO

CASO:C CD2012-0113
SALON:0302

COBRO DE DINERO
COBRO DE DINERO
CAUSAL/DELITO

COLON SOTO, ZAHIRA J.
2969 SOUTH DEERFIELD AVENUE
YORKTOWN HEIGHTS NY 10598

NOTIFICACION DE SENTENCIA

EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA 17 DE AGOSTO DE 2012 , QUE HA SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

Y, SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA, DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA CON FECHA DE 22 DE AGOSTO DE 2012 .

COLON SOTO, JOSE M.
PO BOX 16589
ARECIBO PR 00612

COLON SOTO, JOSE M.
SECTOR LOS COLONES
BO. DOMINGUITO
ARECIBO PR 00612

RIVERA ROMAN, YADIRA
BO. PUENTE
CARRETERA 119 KM 5.7
CAMUY PR 00627

ARECIBO, PUERTO RICO, A 22 DE AGOSTO DE 2012

MARILUZ DIAZ RODRIGUEZ
---------------------------------------
SECRETARIO

POR: JACQUELYNE GONZALEZ QUINTANA
---------------------------------------
SECRETARIO AUXILIAR

TRIBUNAL GENERAL DE JUSTICIA
SALA SUPERIOR DE ARECIBO
TRIBUNAL DE PRIMERA INSTANCIA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
**CENTRO JUDICIAL DE ARECIBO**
SALA SUPERIOR

| | |
|---|---|
| **ZAHIRA J. COLON SOTO**<br>Parte Demandante<br>VS.<br>**JOSE M. COLON SOTO Y YADIRA RIVERA ROMAN**<br>Parte Demandada | CIVIL NUM.: **C CD2012-0113**<br>SALÓN DE SESIONES 302<br>Sobre:<br>**COBRO DE DINERO** |

# SENTENCIA SUMARIA

La Sra. Zahira J. Colón Soto presentó una Demanda por derecho propio sobre cobro de dinero en contra del Sr. José M. Colón Soto y la Sra. Yadira Rivera Roman. Los demandados fueron emplazados personalmente el día 9 de marzo de 2012. Una vez transcurrido el término para hacer alegación responsiva, la parte demandante solicitó se dictara sentencia. En vista de que había transcurrido el término de 30 días para hacer alegación responsiva sin que la parte demandada haya contestado la demanda, se le anotó la rebeldía a los demandados José M. Colón Soto y Yadira Rivera Román. Posteriormente, este tribunal dictó orden dirigida a los demandados para que mostraran causa por la cual no debía dictarse sentencia en rebeldía de conformidad a las alegaciones de la demanda y prueba documental unida al expediente.

Habiendo revisado la documentación sometida por la demandante, y por no existir controversia de hechos en torno a este asunto, como cuestión de derecho procede resolver esta causa de acción a favor de la parte demandante por la vía sumaria.

**HECHOS INCONTROVERTIDOS**

1. La Sra. Zahira Colón Soto le prestó al Sr. José M. Colón Soto y la Sra. Yadira Rivera Román, la cantidad de $26,000.00.
2. Los demandados suscribieron un Pagaré por la cantidad de $26,000.00 con fecha de vencimiento al 30 de mayo de 2010.
3. Los demandados se obligaron a pagar una suma equivalente al diez porciento (10%) del principal por concepto de costas, gastos y honorarios de abogado, en caso de que fuese necesario instar una acción judicial para el cobro de la cantidad prestada.
4. La cantidad adeudada es una líquida y exigible.

**CONCLUSIONES DE DERECHO**

Luego de una revisión detenida y minuciosa del expediente del caso de autos, procedemos a resolver.

En Puerto Rico rige el principio de la libertad de contratación. Las partes pueden establecer los pactos, cláusulas y condiciones que tengan por conveniente, siempre y cuando no sean contrarias a las leyes, la moral o el orden público. Art. 1207 del Código Civil de Puerto Rico, 31 L.P.R.A. sec. 3372. Álvarez de Choudens v. Rivera Vázquez, 2005 T.S.P.R. 85. Los contratos serán obligatorios, cualquiera que sea la forma en que se hayan celebrado, siempre que haya (i) consentimiento de los contratantes; (ii) un objeto cierto y (iii) causa. Arts. 1213 y 1230 del Código Civil de Puerto Rico, 31 L.P.R.A. sec. 3391 y 3451.

"Sabido es que a partir del perfeccionamiento de un contrato, las partes quedan obligadas al cumplimiento de lo expresamente pactado y a las consecuencias que se deriven del mismo, ello conforme a la buena fe, al uso y a la ley." Álvarez de Choudens v. Rivera Vázquez, *supra*. Ello es así, pues cuando un contrato es legal y válido "constituye la ley entre las partes y debe cumplirse a tenor del mismo." Art. 1044 del Código Civil de Puerto Rico 31 L.P.R.A. sec.2994; Álvarez de Choudens v. Rivera Vázquez, *supra*; Constructora Bauza, Inc. v. García López, 129 D.P.R. 579, 593 (1991).

Perfeccionado un contrato, mediando el consentimiento de las partes, éstas se obligan desde ese momento al cumplimiento de lo expresamente pactado, así como a todas las consecuencias que según su naturaleza sean conformes a la buena fe, al uso y a la ley. Art. 1210 del Código Civil, 31 L.P.R.A., sec. 3375.

La Regla 36 de las de Procedimiento Civil dispone que se dictará sentencia sumariamente cuando se demuestre que no hay controversia real sustancial en cuanto a algún hecho esencial y pertinente, y que como cuestión de derecho, procede dictarla a favor de la parte promovente.

En Valcourt vs. Tribunal Superior, 89 DPR 827 (1964), nuestro Tribunal Supremo estableció que:

"Procede dictar Sentencia sumaria si de las alegaciones, deposiciones y admisiones hechas junto con las declaraciones juradas si las hubiere, u otros documentos pertinentes demostraren que no hay controversia real en cuanto a ningún hecho material y que como cuestión de derecho debe dictarse Sentencia Sumaria a favor de la parte que solicita." Énfasis nuestro.

El Honorable Tribunal Supremo de Puerto Rico reiteró en Guerrido García vs. Universidad Central de Bayamón, 143 DPR 337 (1997) , que procede dictar sentencia sumaria cuando queda establecido que, para resolver la controversia, no hace falta una vista evidenciaria porque no hay controversia real sustancial en cuanto a ningún hecho material y como cuestión de derecho debe dictarse sentencia sumaria a favor de la parte promovente. A los hechos incontrovertidos debe el Tribunal aplicar el derecho de forma que se llegue a una solución justa, rápida y económica. Pilot Life Ins. Co. vs. Crespo Martínez, 136 DPR 634 (1994); P.F.Z. Props., Inc. Vs. Gen. Acc. Ins. Co., 136 DPR 881 (1994); Caquías vs. Asco. Res. Mansiones de Río Piedras, 134 DPR 181 (1993). (Énfasis nuestro).

## SENTENCIA

**Por no existir controversia de hechos, y como cuestión de derecho, se dicta Sentencia sumaria declarando Ha Lugar la Demanda y se condena a la parte demandada a pagarle a la demandante la cantidad de $26,000.00, suma que acumulará el interés legal de 4.25% desde la fecha en que se dicta esta Sentencia y hasta que sea satisfecha, más la cantidad pactada de $2,600.00 por concepto gastos, costas y honorarios de abogados.**

**REGISTRESE Y NOTIFIQUESE.**

En Arecibo, Puerto Rico, 17 de agosto de 2012.

**KARLA S. MELLADO DELGADO**
**Juez Superior**

TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE ARECIBO TRIBUNAL GENERAL DE JUSTICIA



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO
TRIBUNAL GENERAL DE JUSTICIA
C042

MAY 3 0 2013

CERTIFICACION
CERTIFICO que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de
previo el pago de derechos
libre de derechos.
Mariluz Díaz Rodríguez
Secretaria Regional
MAY 3 0 2013
Secretario
LAURA E. CARDONA CORTES
Secretaria Auxiliar
Por
Sub-Secretario
5120
05/28/2013
$1.00
Sello Rentas Internas
CASH
51534-2013-0528-70077426
5120
05/28/2013
$0.50
Sello Rentas Internas
51534-2013-0528-69950021

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE ARECIBO**

| | |
|---|---|
| ZAHIRA J. COLÓN SOTO | CIVIL NÚM. C CD2012-0113 |
| DEMANDANTE | |
| Vs. | SALA: 403 |
| JOSÉ M. COLÓN SOTO Y YADIRA RIVERA ROMÁN | SOBRE: |
| DEMANDADO | COBRO DE DINERO |

## ORDEN

Evaluada la moción urgente presentada el 27 de noviembre de 2018 por la parte demandante, se resuelve:

"Se acepta la representación legal de la demandante. Se autoriza la ejecución de la Sentencia. Ha lugar a la designación del depositario Sr. Aguedo de la Torre. Tiene 5 días para presentar declaración jurada sobre el desglose de las costas adicionales. Al recibo de la misma, se emitirá la orden y mandamiento de ejecución.

**NOTIFÍQUESE.**

En Arecibo, Puerto Rico a 5 de diciembre de 2018.

**ANELÍS HERNÁNDEZ RIVERA**
**JUEZA SUPERIOR**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **ZAHIRA J. COLÓN SOTO**<br>Demandante<br><br>v.<br><br>**JOSÉ M. COLÓN SOTO y YADIRA RIVERA ROMÁN**<br>Demandados | CIVIL NÚM.: **C CD2012-0113**<br><br>SALA: 302<br><br>SOBRE: COBRO DE DINERO |

## MOCIÓN EN CUMPLIMIENTO DE ORDEN

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la demandante de epígrafe mediante la representación legal que suscribe y muy respetuosamente **EXPONE, ALEGA y SOLICITA**:

1. Que este Honorable Tribunal emitió una Orden notificada el pasado 6 de diciembre de 2018 en la cual solicitó a la compareciente una declaración jurada desglosando las costas adicionales incurridas.
2. Que en cumplimiento con dicha orden, sometemos junto a esta moción la declaración jurada solicitada. (Véase **Anejo 1**).

**POR TODO LO CUAL**, se solicita muy respetuosamente de este Honorable Tribunal dé por cumplida su orden y, en consecuencia, declare HA LUGAR las costas adicionales y emita la orden y mandamiento de ejecución, junto a cualquier otro pronunciamiento que en derecho estime procedente.

**CERTIFICO** haber notificado copia fiel y exacta de esta moción a las demandadas, Sr. José M. Colón Soto a sus dos direcciones de récord, el PO BOX 16589, Arecibo, PR 00612 y a la dirección Sector Los Colones, Bo. Dominguito, Arecibo, PR 00612, y a la Sra. Yadira Rivera Román, Bo. Puente, Carr. 119 Km. 5.7, Camuy, PR 00627.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, hoy 21 de diciembre de 2018.

**Lcdo. Mario M. Martínez Hernández**
**RUA 15054**
Condominio San Juan Health Centre
Avenida de Diego #150, Oficina 509
San Juan, PR 00907
Tel. 787-922-2082
mariomhernandezpr@yahoo.com

DECLARACIÓN JURADA / SWORN STATEMENT
AFFIDAVIT

Yo, Zahira J. Colón Soto, mayor de edad, empleada, residente del Estado de Nueva York, Estados Unidos de América, declaro bajo juramento lo siguiente.
THE UNDERSIGNED, ZAHIRA J. COLÓN SOTO, OF LEGAL AGE, EMPLOYED, RESIDENT OF THE STATE OF NEW YORK, UNITED STATES, DECLARE UNDER OATH AS FOLLOWS.

1. Que mi nombre y circunstancias personales son las antes expresadas.
1. THAT MY NAME AND PERSONAL CIRCUMSTANCES ARE AS PREVIOUSLY EXPRESSED.

2. Que obtuve sentencia a mi favor en una demanda de cobro de dinero en 2012, caso número CCD2012-0113.
2. THAT I OBTAINED JUDGMENT IN MY FAVOR ON A COLLECTION LAWSUIT IN 2012, CASE NUMBER CCD2012-0113.

3. Que para tratar de cobrar lo dictado en sentencia he tenido que incurrir en gastos adicionales que suman $3,900.80 y que se desglosan en los números 4, 5, 6 y 7 de esta declaración jurada.
3. THAT IN MY EFFORTS TO COLLECT THE SUM GRANTED BY SENTECE, I'VE HAD TO INCUR IN FURTHER EXPENSES THAT TOTAL $3,900.80 AND THAT ARE BROKEN DOWN IN NUMBERS 4, 5, 6 AND 7 OF THIS SWORN STATEMENT.

4. Que luego de advenir final y firme la sentencia, incurrí en gastos legales con el Lcdo. Carlos Pastrana Lizardi para gravar un inmueble de los demandados, lo cual sumó a un total de $300.75 por dichos servicios.
4. THAT AFTER THE JUDGMENT BECAME FINAL, I HAD TO INCUR IN LEGAL EXPENSES WITH ATTORNEY CARLOS PASTRANA LIZARDI TO PUT A LIEN ON THE DEFENDANTS' PROPERTY, WHICH TOTALED $300.75 FOR SAID SERVICES.

5. Que también tuve que contratar un abogado, al Lcdo. David Negrón Rivera, para que éste entregara cartas a los demandados solicitando el pago de la sentencia, lo cual costó $231.49.
5. THAT I ALSO HAD TO HIRE ANOTHER LAWYER, ATTORNEY DAVID NEGRÓN RIVERA, IN ORDER TO DELIVER SOME LETTERS TO THE DEFENDANTS IN AN ATTEMPT TO COLLECT THE PAYMENT, WHICH TOTALED $231.49.

6. Que al residir en los Estados Unidos de América, he tenido que incurrir en gastos de viaje para propósitos de este caso por una suma aproximada de $768.56.
6. THAT SINCE I LIVE IN THE UNITED STATES OF AMERICA, I'VE HAD TO INCUR IN TRAVEL EXPENSES RELATED TO THE CASE FOR AN APROXIMATE TOTAL OF $768.56.

7. Que en esta ocasión he necesitado incurrir nuevamente en gastos legales al contratar al bufete A.R. Lynch Law para el proceso de ejecución de sentencia por una suma estimada de $2,600.00.
7. THAT IN THIS OCCASION, I HAD TO INCUR AGAIN IN LEGAL EXPENSES BY HIRING THE FIRM A.R. LYNCH LAW FOR THE ENFORCEMENT OF THE SENTENCE PROCESS, FOR AN ESTIMATED TOTAL OF $2,600.00.

8. Que todo lo aquí expresado es la verdad, de conocimiento personal y se provee para todos los fines legales pertinentes.
8. THAT THE PRESENT STATEMENT IS THE TRUTH AND IT IS OF MY PERSONAL KNOWLEDGE AND IS PROVIDED FOR ALL PERTINENT LEGAL PURPOSES.

En Nueva York, Estados Unidos, a 10th de diciembre de 2018
IN NEW YORK, UNITED STATES, ON THIS 10th DAY OF DECEMBER, 2018.

[signature]
Zahira J. Colón Soto

Affidavit #: ______

Jurado y suscrito ante mí por Zahira J. Colón Soto, de las circunstancias legales y personales antes descritas, a quien identifico mediante ________________.
SWORN AND SUBSCRIBED BEFORE ME BY DARELY VILLEGAS MAYSONET, OF THE ABOVE DESCRIBED PERSONAL AND LEGAL CIRCUMSTANCES, WHOM I IDENTIFY BY [handwritten]
En Nueva York, Estados Unidos, a 10th de diciembre de 2018
IN NEW YORK, UNITED STATES, ON THIS 10th DAY OF DECEMBER, 2018.

SELIKA E MURCHISON LISCHKE
Notary Public - State of New York
NO. 01MU6184897
Qualified in Putnam County
My Commission Expires Apr 7, 2020

[signature]

NOTARIO PÚBLICO/NOTARY-PUBLIC

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **ZAHIRA J. COLÓN SOTO**<br>Demandante<br><br>v.<br><br>**JOSÉ M. COLÓN SOTO** y **YADIRA RIVERA ROMÁN**<br>Demandados | CIVIL NÚM.: **C CD2012-0113**<br><br>SALA: 302<br><br>SOBRE: COBRO DE DINERO |

**ORDEN**

Vista la Moción de la parte demandante en éste caso en la que se solicita se proceda a ejecutar la Sentencia dictada, el Tribunal accede a lo solicitado y en su consecuencia ordena de la Ejecución de la misma la cual es final, firme y ejecutable.

Libre el Secretario del Tribunal al Mandamiento correspondiente dirigido al Alguacil de este Tribunal, para que éste proceda a requerir el embargo de bienes propiedad de la parte demandada **José M. Colón Soto y Yadira Rivera Román**, a responder por la suma **de $26,000.00, más las costas pactadas por $2,600.00, costas adicionales por $3,900.80 y el interés legal a razón del 4.25% anual hasta el pago total, mas la suma de $2,000.00 para cubrir gastos de ejecución y embargo.**

De dichos bienes constituir fondos pertenecientes a terceras personas, se autoriza el embargo de dichos bienes y se ordena a su poseedor entregarlos al Alguacil de este Tribunal o remitirlos al mismo posteriormente en caso de no estar los mismos disponibles al momento del diligenciamiento del embargo.

A requerimiento de la parte demandante se designa al **Sr. Aguedo De La Torre**, depositario de los bienes que puedan ser embargados en virtud de la presente orden y ello bajo la responsabilidad de dicha parte.

Hoy 10 de enero de 2018, en Arecibo, Puerto Rico.

[signature]
**JUEZ SUPERIOR**
ANELIS HERNÁNDEZ RIVERA
JUEZA SUPERIOR

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| **ZAHIRA J. COLÓN SOTO**<br>Demandante<br>VS.<br><br>**JOSÉ M. COLÓN SOTO y YADIRA RIVERA ROMÁN**<br>Demandados | CIVIL NUM.: **C CD2012-0113**<br><br>SALA: 302<br><br>SOBRE: COBRO DE DINERO |

## MANDAMIENTO

AL ALGUACIL DEL TRIBUNAL:

Con fecha del 13 de mayo de 2019 este Tribunal ha dictado la Orden que a continuación se describe:

Vista la Moción Urgente de la parte demandante en éste caso, en la que se solicita Orden y Mandamiento de Ejecución de Embargo solicitamos que se proceda a ejecutar la Orden dictada, el Tribunal accede a lo solicitado y en su consecuencia ordena de la Ejecución de la misma la cual es final y firme y ejecutable.

Libre el Secretario del Tribunal al Mandamiento correspondiente dirigido al Alguácil de este Tribunal, para que éste proceda a requerir el embargo de bienes propiedad de la parte demandada **José M. Colón Soto y Yadira Rivera Román**, a responder por la suma **de $26,000.00, más las costas pactadas por $2,600.00, costas adicionales por $3,900.80 y el interés legal a razón del 4.25% anual hasta el pago total, más la suma de $2,000.00 para cubrir gastos de ejecución y embargo.**

De dichos bienes constituir fondos pertenecientes a terceras personas, se autoriza el embargo de dichos bienes y se ordena a su poseedor entregarlos al Alguacil de este Tribunal o remitirlos al mismo posteriormente en caso de no estar los mismos disponibles al momento del diligenciamiento del embargo.

A requerimiento de la parte demandante se designa el **Sr. Aguedo De La Torre**, depositario de los bienes que puedan ser embargados en virtud de la presente orden y ello bajo responsabilidad de dicha parte.

Se ordena al Alguacil a vender en pública subasta el siguiente inmueble:

FINCA: No. 19080 inscrita al folio 67 del tomo 369 de Camuy, Registro de la Propiedad, Sección 2nda. de Arecibo.

RÚSTICA: Barrio Puente de Camuy. Solar 5. Cabida 1,031.2275 metros cuadrados. Linderos: Norte, con uso público; Sur, faja para agrupar; Este con solar No. 4; Oeste, con José A. Pérez.

Es el REMANENTE de esta finca luego de segregación de 68.2217 metros cuadrados, según la escritura No. 16, otorgada en Camuy el 16 de marzo de 2006 ante Pablo I. Cabrera Vergas, inscrita al tomo Karibe de Camuy, finca No. 19080, inscripción 3ra.

Se segrega de la finca No. 3563, inscrita al folio 197 del tomo 365 de Camuy.

**POR TANTO**, usted, Señor Alguacil de este Tribunal, es requerido por la presente para que de fiel cumplimiento a la Orden antes transcrita y proceda a vender en pública subasta el siguiente inmueble:

> FINCA: No. 19080 inscrita al folio 67 del tomo 369 de Camuy, Registro de la Propiedad, Sección 2nda. de Arecibo.
>
> RÚSTICA: Barrio Puente de Camuy. Solar 5. Cabida 1,031.2275 metros cuadrados. Linderos: Norte, con uso público; Sur, faja para agrupar; Este con solar No. 4; Oeste, con José A. Pérez.
>
> Es el REMANENTE de esta finca luego de segregación de 68.2217 metros cuadrados, según la escritura No. 16, otorgada en Camuy el 16 de marzo de 2006 ante Pablo I. Cabrera Vergas, inscrita al tomo Karibe de Camuy, finca No. 19080, inscripción 3ra.
>
> Se segrega de la finca No. 3563, inscrita al folio 197 del tomo 365 de Camuy.

En Arecibo, Puerto Rico a ____ de MAY 14 2019 de 2019.

VIVIAN Y. FRESSE GONZÁLEZ
SECRETARIA REGIONAL

SECRETARIA (O)

Jacquelyne González Quintana
Secretaria Auxiliar

ESTADO LIBRE ASOCIADO DE PUERTO RICO • TRIBUNAL GENERAL DE JUSTICIA • SALA SUPERIOR DE ARECIBO • TRIBUNAL DE PRIMERA INSTANCIA

C071

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **ZAHIRA J. COLÓN SOTO**<br>Demandante<br><br>v.<br><br>**JOSÉ M. COLÓN SOTO y YADIRA RIVERA ROMÁN**<br>Demandados | **CIVIL NÚM.: C CD2012-0113**<br><br>SALA: 302<br><br>SOBRE: COBRO DE DINERO |

**Estados Unidos de América }**
**El Presidente de los EE.UU. } SS.**
**El Estado Libre Asociado de P.R.}**

## AVISO DE PÚBLICA SUBASTA

El Alguacil que suscribe por la presente anuncia y hace constar que en cumplimiento de la Sentencia dictada en el caso de epígrafe, procederá a vender el día 8 de Agosto de **2010**, a las 10:30 AM de la mañana, en mi oficina, localizada en el Tribunal de Primera Instancia, Sala Superior de Arecibo, al mejor postor, en pago de contado y en moneda de los Estados Unidos de América, cheques de gerente o giros bancarios, todo título, derecho o interés de la parte demandada sobre la siguiente propiedad:

> FINCA: No. 10000 inscrita al folio 07 del tomo 360 de Camuy, Registro de la Propiedad, Sección 2nda. de Arecibo.
> RÚSTICA: Barrio Puente de Camuy, Solar 5, Cabida 1,031.2276 metros cuadrados. Linderos: Norte, con uso público; Sur, faja para agrupar; Este con solar No. 4; Oeste, con José A. Pérez.
>
> Es el REMANENTE de esta finca luego de segregación de 60.2217 metros cuadrados, según la escritura No. 16, otorgada en Camuy el 16 de marzo de 2000 ante Pablo I. Cabrera Vargas, inscrita al tomo Karibe de Camuy, finca No. 10000, inscripción 3ra.
>
> Se segrega de la finca No. 3503, inscrita al folio 107 del tomo 305 de Camuy.

Se entenderá que todo licitador que comparezca a las subastas acepta como bastante la titularidad y que las cargas y gravámenes anteriores y los preferentes, si los hubiere, al crédito del ejecutante, continuarán subsistentes. Se entenderá, que el rematante los acepta y queda subrogado en la responsabilidad de los mismos, sin destinarse a su extinción el precio del remate.

Scanned with CamScanner

La propiedad a ejecutarse se adquirirá libre de cargas y gravámenes, posteriores, que pueden surgir del Registro de la Propiedad.

Para más información los interesados podrán referirse al expediente del caso que obra en los archivos de la Secretaria del Tribunal bajo el número de epígrafe, durante horas laborables, y para su publicación en un periódico de circulación general en Puerto Rico por espacio de dos semanas y por lo menos una vez por semana, y para su fijación en los sitios públicos requeridos por ley, **EXPIDO** el presente Aviso de Pública Subasta, en Arecibo, hoy 30 de mayo de 2019.

ALGUACIL AUXILIAR

ALGUACIL
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

Scanned with CamScanner

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **ZAHIRA J. COLÓN SOTO**<br>Demandante<br><br>v.<br><br>**JOSÉ M. COLÓN SOTO** y **YADIRA RIVERA ROMÁN**<br>Demandados | CIVIL NÚM.: **C CD2012-0113**<br><br>SALA: 302<br><br>SOBRE: COBRO DE DINERO |

**Estados Unidos de América }**
**El Presidente de los EE.UU. } SS.**
**El Estado Libre Asociado de P.R.}**

## AVISO DE PÚBLICA SUBASTA

El Alguacil que suscribe por la presente anuncia y hace constar que en cumplimiento de la Sentencia dictada en el caso de epígrafe, procederá a vender el día 24 de septiembre de **2019**, a las 10:00 a.m. de la mañana, en mi oficina, localizada en el Tribunal de Primera Instancia, Sala Superior de Arecibo, al mejor postor, en pago de contado y en moneda de los Estados Unidos de América, cheques de gerente o giros bancarios, todo título, derecho o interés de la parte demandada sobre la propiedad que se describe más adelante.

> FINCA: No. 19080 inscrita al folio 67 del tomo 369 de Camuy, Registro de la Propiedad, Sección 2nda. de Arecibo.
> RÚSTICA: Barrio Puente de Camuy. Solar 5. Cabida 1,031.2275 metros cuadrados. Linderos: Norte, con uso público; Sur, faja para agrupar; Este con solar No. 4; Oeste, con José A. Pérez.
>
> Es el REMANENTE de esta finca luego de segregación de 68.2217 metros cuadrados, según la escritura No. 16, otorgada en Camuy el 16 de marzo de 2006 ante Pablo I. Cabrera Vergas, inscrita al tomo Karibe de Camuy, finca No. 19080, inscripción 3ra.
>
> Se segrega de la finca No. 3563, inscrita al folio 197 del tomo 365 de Camuy.

La Subasta comenzará en $42,235.00 dólares, la cual se desglosa de la siguiente forma: Sentencia por $26,000,00, más las costas pactadas por $2.600.00, costas adicionales por $3,900.80 y el interés legal a razón del 4.25% anual hasta el pago total, más la suma de $2,000.00 para cubrir gastos de ejecución y embargo.

Se entenderá que todo licitador que comparezca a las subastas acepta como bastante la titularidad y que las cargas y gravámenes anteriores y los preferentes, si los hubiere, a crédito del ejecutante, continuarán subsistentes. Se entenderá, que el rematante los acepta y queda subrogado en la responsabilidad de los mismos, sin destinarse a su extinción el precio del remate.

La propiedad a ejecutarse se adquirirá libre de cargas y gravámenes, posteriores, que pueden surgir del Registro de la Propiedad.

Para más información los interesados podrán referirse al expediente del caso que obra en los archivos de la Secretaria del Tribunal bajo el número de epígrafe, durante horas laborables, y para su publicación en un periódico de circulación general en Puerto Rico por espacio de dos semanas y por lo menos una vez por semana, y para su fijación en los sitios públicos requeridos por ley, **EXPIDO** el presente Aviso de Pública Subasta, en Arecibo, hoy 15 de Agosto de 2019.

ALGUACIL AUXILIAR

ALGUACIL
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **ZAHIRA J. COLÓN SOTO**<br>Demandante<br><br>v.<br><br>**JOSÉ M. COLÓN SOTO** y **YADIRA RIVERA ROMÁN**<br>Demandados | CIVIL NÚM.: **C CD2012-0113**<br><br>SALA: 302<br><br>SOBRE: COBRO DE DINERO |

**Estados Unidos de América }**
**El Presidente de los EE.UU. } SS.**
**El Estado Libre Asociado de P.R.}**

## AVISO DE PÚBLICA SUBASTA

El Alguacil que suscribe por la presente anuncia y hace constar que en cumplimiento de la Sentencia dictada en el caso de epígrafe, procederá a vender el día 24 de octubre de **2019,** a las 10:30 am. a.m. de la mañana, en mi oficina, localizada en el Tribunal de Primera Instancia, Sala Superior de Arecibo, al mejor postor, en pago de contado y en moneda de los Estados Unidos de América, cheques de gerente o giros bancarios, todo título, derecho o interés de la parte demandada sobre la propiedad que se describe más adelante.

> FINCA: No. 19080 inscrita al folio 67 del tomo 369 de Camuy, Registro de la Propiedad, Sección 2nda. de Arecibo.
> RÚSTICA: Barrio Puente de Camuy. Solar 5. Cabida 1,031.2275 metros cuadrados. Linderos: Norte, con uso público; Sur, faja para agrupar; Este con solar No. 4; Oeste, con José A. Pérez.
>
> Es el REMANENTE de esta finca luego de segregación de 68.2217 metros cuadrados, según la escritura No. 16, otorgada en Camuy el 16 de marzo de 2006 ante Pablo I. Cabrera Vergas, inscrita al tomo Karibe de Camuy, finca No. 19080, inscripción 3ra.
>
> Se segrega de la finca No. 3563, inscrita al folio 197 del tomo 365 de Camuy.

La Subasta comenzará en $42,235.00 dólares, la cual se desglosa de la siguiente forma: Sentencia por $26,000,00, más las costas pactadas por $2.600.00, costas adicionales por $3,900.80 y el interés legal a razón del 4.25% anual hasta el pago total, más la suma de $2,000.00 para cubrir gastos de ejecución y embargo.

Se entenderá que todo licitador que comparezca a las subastas acepta como bastante la titularidad y que las cargas y gravámenes anteriores y los preferentes, si los hubiere, a crédito del ejecutante, continuarán subsistentes. Se entenderá, que el rematante los acepta y queda subrogado en la responsabilidad de los mismos, sin destinarse a su extinción el precio del remate.

La propiedad a ejecutarse se adquirirá libre de cargas y gravámenes, posteriores, que pueden surgir del Registro de la Propiedad.

Para más información los interesados podrán referirse al expediente del caso que obra en los archivos de la Secretaria del Tribunal bajo el número de epígrafe, durante horas laborables, y para su publicación en un periódico de circulación general en Puerto Rico por espacio de dos semanas y por lo menos una vez por semana, y para su fijación en los sitios públicos requeridos por ley, **EXPIDO** el presente Aviso de Pública Subasta, en Arecibo, hoy 25 de septiembre de 2019.

ALGUACIL AUXILIAR

ALGUACIL
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO




Estado Libre Asociado de Puerto Rico
Departamento de Justicia
REGISTRO DE LA PROPIEDAD
SECCION II ARECIBO

# Certificación Registral

**Certificación de Sentencia anotada al Folio 38 del Libro 3 del Registro de Sentencias. Expedida en Arecibo, a 7 de Abril de 2014.**

**No. 266 -14**







DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION II ARECIBO

Número 266-14
April 7, 2014
Fecha

Hon. María V. Jiménez Maldonado
Registradora de la Propiedad
Sección II Arecibo

Hon. Registradora:

Por la presente solicito Certificación Registral de la Finca Número ______ inscrita al folio 38 del Tomo 3 de Sentencia en cuanto a los siguientes extremos:

_____A) Certificación de la Finca _____ al Folio _____ del Tomo _____ incluyendo Certificación sobre contenido de los Libros Especiales del Registro. Con Leyenda.
_____B) Certificación Sin Incluir contenido de los Libros Especiales del Registro
_____C) Asiento de Presentación_____ del Diario de Operaciones_____.
_____D) Certificación en fotocopia (literal) de las inscripciones _____ incluyendo certificaciones sobre contenido de los Libros Especiales del Registro.

☐ Sin Leyenda ☐ *Con Leyenda* ☐ *Con documentos presentados en Bitácora*

_____E) Certificación en fotocopia (literal) de las inscripciones _____ sin incluir certificaciones Sobre contenido de los Libros Especiales del Registro.
_____F) Copia Simple de los Folios _____
de lo(s) Tomo(s) _____
Cantidad de páginas copiadas _____.
_____G) Certificación del Asiento _____ del Libro _____, registrado al Tomo _____ Folio _____.
_____H) Plano Número _____ inscrito al Folio _____ del Registro de Planos de Lotificación # _____. Cantidad de páginas de los Planos _____.
_____I) Descripción titular e hipoteca sin Libros Especiales.
_____J ARPE fotocopia de todas la inscripciones.
_____K) ARPE
_____L) C.R.I.M.
_____M) NEGATIVA de ( ) Hatilo ( ) Camuy ( ) Quebradillas
Cabida _____ Barrio _____
_____*N) Asiento de Libros Especiales ( ) Embargos ( ) Sentencia*

*Le incluyo un comprobante por la cantidad de $* 3.00 *#* 51771-2014-0407-52256031

✓ *Recogeré personalmente la Certificación*
_____ *Le incluyo sobre pre-dirigido franqueado para enviar la Certificación por Correo*

*NOTA: Transcurrido el término de 30 días contados a partir de la fecha de la expedición de la Certificación se procederá a la disposición final de la misma.*

*PRESENTACION:*

*HORA:* 10:40 (X) a.m. ( ) p.m.
*DIA:* 7/abril/2014
*SOLICITANTE:* Zahira J. Colón Soto
*RECIBIDO POR:* [signature]

*NOMBRE:* Zahira J. Colón Soto
*FIRMA:* Zahira J. Colón Soto
*DIRECCIÓN POSTAL:* 2169 So. Deerfield Ave. Yorktown Hts. N.Y. 10598
*TELÉFONO:* 914-384-9408

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION II DE ARECIBO

YO, HON. MARIA V. JIMENEZ MALDONADO, Registradora del Registro de la Propiedad de Puerto Rico, Sección I de Arecibo y su Distrito Hipotecario, a solicitud de Zahira J. Colón Soto:----------------------------------------------------------------

CERTIFICO

----Que al Folio 38 del Registro de Sentencias Número 3 surge presentada 14 de enero de 2014 y anotada el día 15 de enero de 2014 una sentencia en contra de José M. Colón Soto y Yadira Rivera Román emitida el día 17 de agosto de 2012 por la Hon. Karla S. Mellado Delgado mediante la cual se le condena a pagar la cantidad de $26,000.00 de principal, interés al 4.25% desde la fecha en que se dicta la sentencia y $2,600.00 para costas, gastos y honorarios de abogados.------------------------------------

----Que no se certifica en cuanto a otros extremos por no haberse solicitado.----------------------------------------------------------------

Expido la presente en Arecibo, Puerto Rico, siendo las 11:30 AM del 7 de abril de 2014.----------------------------------------------------------------

Derechos: $3.00 (51771-2014-0407-52256031)
Certificación: 266-14

[Seal: REGISTRO DE LA PROPIEDAD ARECIBO PUERTO RICO]

HON. MARIA V. JIMENEZ MALDONADO
REGISTRADORA DE LA PROPIEDAD

Libro 3 Sentencias

f-38

# REGISTRO DE SENTENCIAS

CORTE ____________

DISTRITO JUDICIAL DE ____________ PUERTO RICO.

| NO. DE LA DEMANDA | FECHA DE PRESENTACION Y REGISTRO | | | | DEMANDANTE | DEMANDADO | FECHA DE SENTENCIA | | | DE QUE TRIBUNAL | CUANTIA DE LA SENTENCIA | TIPO DE INTERES | IMPORTE DE COSTAS | ABONOS HECHOS | SALDO PENDIENTE | OBSERVACIONES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MES | DIA | AÑO | HORA | | | MES | DIA | AÑO | | | | | | | |
| CD-2012-0113 Libro de Diario | 01 | 14 | 2014 | 9:14 | Zahira J. Colón Soto | José M. Colón Soto y Yadira Rivera Román | 08 | 17 | 2012 | Tribunal de Primera Instancia Sala de Arecibo | El Tribunal dictó sentencia el día 17 de agosto de 2012 [illegible] fue notificada el 22 de agosto de 2012 mediante [illegible] a la parte demandada José M. Colón Soto y Yadira Rivera Román. Ha pagado la suma de [illegible] Intereses vencidos: suma acumulada con interés legal de 4.25% desde la fecha en que se dictó la sentencia hasta que sea satisfecha. [illegible] para costas, costas y honorarios de abogado. Interés legal 4.25%. Dicha sentencia fue dictada por la Hon. [illegible] [illegible] [illegible]. Copia de sentencia expedida el [illegible] el 13 de septiembre de 2013. En Arecibo a 15 de enero 2014. | | | | | Se hace constar que dicha sentencia es final, firme e inapelable. |

RECIBO
RECIBO

RECIBO

RECIBO
RECIBO
RECIBO

RECIBO

05768244

zahira j colon solo

5111
04/07/2014
$3.00
Comp Inscripcion
51771-2014-0407-52256031

RECIBO
RECIBO
RECIBO

HACIENDA
GOBIERNO DE PUERTO RICO




Estado Libre Asociado de Puerto Rico
Departamento de Justicia
REGISTRO DE LA PROPIEDAD
SECCION II ARECIBO

# Certificación Registral

**Certificación de Sentencia anotada al Folio 38 del Libro 3 del Registro de Sentencias. Expedida en Arecibo, a 7 de abril de 2014.**

**No. 267 -14**







DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION II ARECIBO

Número 267 -14
April 7, 2014
Fecha

Hon. María V. Jiménez Maldonado
Registradora de la Propiedad
Sección II Arecibo

Hon. Registradora:

Por la presente solicito Certificación Registral de la Finca Número ______ inscrita al folio 38 del Tomo 3 de Sentencia en cuanto a los siguientes extremos:

_____A) Certificación de la Finca _____ al Folio _____ del Tomo _____ incluyendo Certificación sobre contenido de los Libros Especiales del Registro. Con Leyenda.
_____B) Certificación Sin incluir contenido de los Libros Especiales del Registro
_____C) Asiento de Presentación_____ del Diario de Operaciones_____.
_____D) Certificación en fotocopia (literal) de las inscripciones _____ incluyendo certificaciones sobre contenido de los Libros Especiales del Registro.

☐ Sin Leyenda ☐ *Con Leyenda* ☐ *Con documentos presentados en Bitácora*

_____E) Certificación en fotocopia (literal) de las inscripciones _____ sin incluir certificaciones Sobre contenido de los Libros Especiales del Registro.
_____F) Copia Simple de los Folios _____
de lo(s) Tomo(s) _____
Cantidad de páginas copiadas _____.
_____G) Certificación del Asiento _____ del Libro _____, registrado al Tomo _____ Folio _____.
_____H) Plano Número _____ inscrito al Folio _____ del Registro de Planos de Lotificación # _____. Cantidad de páginas de los Planos _____.
_____I) Descripción titular e hipoteca sin Libros Especiales.
_____J ARPE fotocopia de todas la inscripciones.
_____K) ARPE
_____L) C.R.I.M.
_____M) NEGATIVA de ( ) Hatilo ( ) Camuy ( ) Quebradillas
Cabida _____ Barrio _____
_____*N) Asiento de Libros Especiales ( ) Embargos ( ) Sentencia*

*Le incluyo un comprobante por la cantidad de* $ 3.00, # 51771-2014-0407-52256035

✓ *Recogeré personalmente la Certificación*
_____ *Le incluyo sobre pre-dirigido franqueado para enviar la Certificación por Correo*

***NOTA: Transcurrido el término de 30 días, contados a partir de la fecha de la expedición de la Certificación se procederá a la disposición final de la misma.***

*PRESENTACION:*

*HORA:* 10:48 (✓) a.m. ( ) p.m.
*DIA:* April 7, 2014
*SOLICITANTE:* Zahira J. Colón Soto
*RECIBIDO POR:* [signature]

*NOMBRE:* Zahira J. Colón Soto
*FIRMA:* Zahira J. Colón Soto
*DIRECCIÓN POSTAL:* 2969 So. Deerfield Ave. Yorktown Hts. N.Y. 10598
*TELÉFONO:* 914-384-9408

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION II DE ARECIBO

YO, HON. MARIA V. JIMENEZ MALDONADO, Registradora del Registro de la Propiedad de Puerto Rico, Sección I de Arecibo y su Distrito Hipotecario, a solicitud de Zahira J. Colón Soto:----------------------------------------------------------------------------------------------------------------

CERTIFICO

----Que al Folio 38 del Registro de Sentencias Número 3 surge presentada 14 de enero de 2014 y anotada el día 15 de enero de 2014 una sentencia en contra de José M. Colón Soto y Yadira Rivera Román emitida el día 17 de agosto de 2012 por la Hon. Karla S. Mellado Delgado mediante la cual se le condena a pagar la cantidad de $26,000.00 de principal, interés al 4.25% desde la fecha en que se dicta la sentencia y $2,600.00 para costas, gastos y honorarios de abogados.------------------------------

----Que no se certifica en cuanto a otros extremos por no haberse solicitado.---------------------------------------------------------

Expido la presente en Arecibo, Puerto Rico, siendo las 11:45 AM del 7 de abril de 2014.----------------------------------------

Derechos: $3.00 (51771-2014-0407-52256035)
Certificación: 267-14

HON. MARIA V. JIMENEZ MALDONADO
REGISTRADORA DE LA PROPIEDAD

Libro 3 Sentencia

f. 38

# REGISTRO DE SENTENCIAS

CORTE ______ DISTRITO JUDICIAL DE ______ PUERTO RICO.

| NO. DE LA DEMANDA | FECHA DE PRESENTACION Y REGISTRO | | | | DEMANDANTE | DEMANDADO | FECHA DE SENTENCIA | | | DE QUE TRIBUNAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | MES | DIA | AÑO | HORA | | | MES | DIA | AÑO | |
| CD2012-0113 [illegible] de Dinero | 01(?) | 14 | 2014 | 9:14 | Zabina J. Colón Soto | José M. Colón Soto y Nydina Rivera Ramírez | 08 | 17 | 2012 | Tribunal de Primera Instancia Sala de Arecibo |

| CUANTIA DE LA SENTENCIA | TIPO DE INTERES | IMPORTE DE COSTAS | ABONOS HECHOS | SALDO PENDIENTE | OBSERVACIONES |
|---|---|---|---|---|---|
| | | | | | Se hace constar que dicha sentencia es final, firme e inapelable. |

El tribunal dictó sentencia el día 17 de agosto de 2012, la cual fue notificada el 22 de agosto de 2012, mediante la cual [illegible] a la parte demandada José M. Colón [illegible] Rivera Romero [illegible] la suma de [illegible] de principal [illegible] suma acumulada con interés legal de 4.25% desde la fecha en que se dictó la sentencia hasta que sea satisfecha [illegible] costas y honorarios de abogado [illegible] legal 4.35%. Dicha sentencia fue dictada por la Hon. [illegible] [illegible] sentencia [illegible] el 13 de septiembre 2013. En Arecibo a 15 de enero 2014.

[illegible] $54.00

[illegible signature]

REGISTRO DE LA PROPIEDAD
SECCION SEGUNDA

RECIBO
RECIBO

# RECIBO

RECIBO
RECIBO
RECIBO

05768245

zahira j colon soto
5111
04/07/2014
$3.00
Comp Inscripcion
51771-2014-0407-52256035

RECIBO
RECIBO
RECIBO

HACIENDA
GOBIERNO DE PUERTO RICO